**MARY E. HOWELL**
_Attorney at Law_

Mailing Address
P.O. Box 19043
New Orleans, Louisiana 70179

Physical Address
316 South Dorgenois Street
New Orleans, Louisiana 70119
Telephone: (504) 822-4455
FAX: (504) 822-4458

September 17, 2007

Judge Mary Ann Vial Lemmon
U.S. Eastern District Court
500 Poydras Street, Room C406
New Orleans, LA 70130

Re: Waganfeald, et al v. City of New Orleans, et al
USDC #: 06-5036, Sec. S, Mag 4

Dear Judge Lemmon,

I am writing to you in response to the Court's order of September 10, 2007, Record Document No.15 regarding service of the Amended Complaint to Marlin N. Gusman, William C. Hunter, Gary Bordelon and Kevin Anderson.

Counsel for the defendants Marlin Gusman, William Hunter and Gary Bordelon had agreed to waive formal service of the Amended Complaint, (as they had with the original), and had informed undersigned counsel that they were filing responsive pleadings some time ago. I have again spoken with Mr. Pete Matthews, counsel for the Sheriff's office defendants, who has assured me that an Answer will be promptly filed on behalf of those defendants, as service of the Amended Complaint had already been waived.

Defendant Kevin Anderson was already served with a copy of the Amended Complaint. A copy of the return of that service has been provided to the City Attorney's office. It was undersigned counsel's understanding that the City Attorney's office was preparing an Answer to be filed on his behalf. I have re-contacted the City Attorney's office to request that responsive pleadings be filed on behalf of Mr. Anderson as soon as possible.

I am assuming that this response satisfactorily answers the Court's inquiry in this matter. I will follow up to insure that responsive pleadings are filed on behalf of these defendants. Please advise if any additional information is required.
Thank you.

Sincerely,

Mary E. Howell

MEH/krm
cc: Freeman Matthews
   John Murray
   Victor Papai

Waganfeald: JudgeLemmon.17Sept07

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____