UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIE J. WAGENFEALD ET AL | CIVIL ACTION |
| VERSUS | NO. 06-5036 |
| CITY OF NEW ORLEANS ET AL | SECTION "S" |

J U D G M E N T

Considering the verdict rendered by the jury in the above matter on October 14, 2010;

IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment as follows:

In favor of plaintiff Robie J. Wagenfeald and against defendant Chief William C. Hunter for $100,000.00, representing the amount of compensatory damages awarded by the jury under 42 U.S.C. 1983 for Chief William C. Hunter's actions taken in his capacity as Chief Deputy of the Orleans Parish Criminal Sheriff that were found to be in violation of Mr. Wagenfeald's constitutional right to use a telephone to contact an attorney and/or family and friends following his arrest, and in favor of defendant Chief William C. Hunter and against plaintiff Robie Wagenfeald, dismissing all other claims against Chief William C. Hunter;

In favor of plaintiff Paul W. Kunkel, Jr. and against defendant Chief William C. Hunter for $100,000.00, representing the amount of compensatory damages awarded by the jury under 42 U.S.C. 1983 for Chief William C. Hunter's actions taken in his capacity os Chief Deputy of the Orleans parish Criminal Sheriff that were found to be in violation of Mr. Kunkel's constitutional right to use a telephone to contact an attorney and/or family and friends following his arrest, and in favor of defendant Chief William C. Hunter and against plaintiff Paul W. Kunkel, Jr., dismissing all other claims against defendant Chief William Hunter;

In favor of plaintiff Robie Wagenfeald and against defendant Sheriff Marlin Gusman individually and in his capacity as Orleans Parish Sheriff

for $200,000.00, representing the amount of compensatory damages awarded by the jury in this matter under Louisiana state law for plaintiff's claim of false imprisonment, and in favor of defendant Sheriff Marlin N. Gusman and against plaintiff Robie J. Wagenfeald, dismissing all other claims against Sheriff Marlin N. Gusman;

In favor of plaintiff Paul W. Kunkel, Jr., and against Sheriff Marlin N. Gusman for $259,300.00, representing the amount of compensatory damages awarded for plaintiff's claim of false imprisonment, and in favor of defendant Sheriff Marlin N. Gusman and against plaintiff Paul W. Kunkel, Jr., dismissing all other claims against defendant Sheriff Marlin N. Gusman;

In favor of defendant Chief Gary Bordelon and against plaintiffs Robie J. Wagenfeald, and Paul W. Kunkel, Jr., dismissing plaintiffs claims against defendant Chief Gary Bordelon.

New Orleans, Louisiana, this <u>21st</u> day of October, 2010.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE