UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBIE J. WAGENFEALD, ET AL.**            **CIVIL ACTION**

**VERSUS**            **NO:**     **06-5036**

**NEW ORLEANS CITY, ET AL.**            **SECTION: "S" (4)**

### ORDER

Before the Court is a **Plaintiff's Motion for Attorney's Fees (R. Doc. 98)** which was referred to the undersigned on March 2, 2011. (R. Doc. 111.) After an initial review, the Court finds that the Plaintiff's submissions are not sufficient for the Court to determine appropriate attorneys' fees. Under *State of Louisiana, Dept. of Transp. and Dev. v. Williamson*, 597 So.2d 439, 442 (La. 1992) the Court must, when assessing the reasonableness of attorney's fees, consider the legal knowledge, attainment, and skill of the attorneys and their staff. Although the Plaintiffs provided an affidavit from John Murray, Brett J. Prendergast, and Mary Howell, the Plaintiffs did not provide affidavits for Garnetta Wylie, Anne Rodriguez, and Joe Ellen Seiler, individuals for whom the Plaintiffs seek fees.

As a result, the Court Orders the Plaintiffs to supplement their motion with affidavits from these individuals. If the Plaintiffs do not comply with this Order to supplement, the Court will rule based on the submissions before it. Accordingly,

**IT IS ORDERED** that the Plaintiffs shall supplement their **Plaintiff's Motion for Attorney's Fees**, as stated in this Order, no later than five (5) days from the signing of this Order**.**

New Orleans, Louisiana, this 25th day of March, 2011.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**