UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBIE J. WAGENFEALD, ET AL.**          **CIVIL ACTION**

                                          **NO:      06-5036**

**VERSUS**

**NEW ORLEANS CITY, ET AL.**              **SECTION: "S"(4)**

REPORT AND RECOMMENDATION

On March 2, 2011, the presiding Judge granted the **Plaintiffs' Motion for Attorney's Fees (R. Doc. 98)** and referred the matter to the undersigned for a Report and Recommendation regarding the quantum as to the amount of attorneys' fees and costs. (R. Doc. 111.) On Wednesday, April 20, 2011, the Plaintiffs contacted the undersigned via facsimile transmission and informed the Court that the parties settled the issue of attorney's fees.

The parties agreed that the Plaintiffs are entitled to $123,025.00 in attorney's fees and $12,613.68 in costs for a total of **$135,638.18**. The agreement is predicated on the affirmance of the judgment on the federal claim against Chief William Hunter in the pending appeal to the Fifth Circuit. Further, the parties reserved their right to seek a supplemental award of fees and costs incurred after the date of filing of the presently pending Motion for Attorneys' Fees, which was filed on November 5, 2010. Should a supplemental award of fees and costs be sought, the parties shall file the appropriate pleadings. A copy of the correspondence is attached to this Report and Recommendation. Accordingly,

**IT IS RECOMMENDED** that the Plaintiffs, Robie J. Waganfeald and Paul W. Kunkel, Jr.'s **Plaintiff's Motion for Attorney's Fees (R. Doc. 98)** be **DENIED AS MOOT** as per the agreement

as noted above.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n.*, 79 F.3d 1415, 1430 (5th Cir. 1996).[1]

New Orleans, Louisiana, this 25th day of April 2011

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.

# BRETT J. PRENDERGAST

*Attorney at Law*

4603 S. Carrollton Avenue
New Orleans, Louisiana 70119
Phone: (504) 593-9277
Fax: (504) 523-2362

April 20, 2011

**VIA FAX: 589-7618**

The Honorable Karen Wells Roby
United States Magistrate-Judge
Room B437
United States Courthouse
500 Camp Street
New Orleans, Louisiana 70130

                            RE: Waganfeald, et al v. City of
                                   New Orleans, et al
                                   E.D.La. 06-5036 "S" (4)

Dear Judge Roby:

    I am please to advise you that plaintiffs and defendants have come to an agreement relative to the quantum of attorneys' fees and costs, which issue which was referred to your Honor by Judge Lemmon per her Order and Reasons of March 2, 2011. The parties have agreed to attorneys' fees of $123,025 and costs of $12,613.68 for a total of $135,638.18. This agreement is, of course, predicated on affirmance of the judgment on the federal claim against Chief William Hunter in the pending appeal to the Fifth Circuit. However, it is also understood that in the event the judgment on that claim is affirmed on appeal, <u>this settlement</u> is made without prejudice to the right of plaintiffs and their counsel to seek a supplemental award for fees and costs incurred after the date of filing of the presently pending Motion for Attorneys' Fees, November 5, 2010.

    Please advise if you required any further information from plaintiffs' or defendants' counsel. Thank you for your attention to this matter.

                                                 Sincerely,

                                                 Brett J. Prendergast

cc: John Weeks