UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBIE J. WAGENFEALD, ET AL.**                     CIVIL ACTION

**VERSUS**                                          NO:        06-5036

**NEW ORLEANS CITY, ET AL.**                        SECTION: "S" (4)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the **Plaintiffs' Motion for Attorney's Fees (R. Doc. 98)** is hereby **DENIED AS MOOT.**

New Orleans, Louisiana, this 13th day of May 2011

_____
UNITED STATES DISTRICT JUDGE