UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBIE J. WAGANFEALD, ET AL. | CIVIL ACTION |
| VERSUS | NO: 06-5036 |
| CITY OF NEW ORLEANS, ET AL. | SECTION: "S" (4) |

## JUDGMENT

**IT IS HEREBY ORDERED**, **ADJUDGED AND DECREED** that there be judgment in favor of defendants Marlin N. Gusman, Orleans Parish Criminal Sheriff, and William C. Hunter, Orleans Parish Criminal Sheriff's Office Chief Deputy, and against plaintiffs, Robie J. Waganfeald and Paul W. Kunkel, Jr., dismissing plaintiffs' claims with prejudice.

New Orleans, Louisiana, this   8th   day of May, 2012.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE